UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLEARWATER PLAZA, LLC,

    Plaintiff,

v.                                                  CASE NO: 8:09-cv-419-T-26EAJ

CHUBB CUSTOM INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the well-pleaded allegations of Plaintiff's complaint, which this Court is compelled to accept as true at this juncture of the proceedings, and consistent with the principles of Bell Atlantic Corporation v. Twombly, 127 S.Ct. 1955 (2007), it is ordered and adjudged that Defendant's Motion to Dismiss Count II of the Complaint (Dkt. 3) is denied. A fair reading of count II of Plaintiff's complaint leads to the inescapable conclusion that it is seeking a legal declaration as to whether, under the terms of the policy as issue, Defendant must use the cost value or the replacement value of the fire-damaged property in calculating the co-insurance value and penalty. The fact that count II may set forth an alternative claim which may be inconsistent with a declaratory judgment action does not render that count subject to dismissal. See Fed. R. Civ. P. 8(d)(2) (providing in pertinent part that "[i]f a party makes alternative statements, the pleading is sufficient if any one of them is sufficient."). Defendant shall file its answer and defenses to count II within ten (10) days of this order.

    **DONE AND ORDERED** at Tampa, Florida, on March 11, 2009.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record